# EXHIBIT A

IMDb | Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | All | | Watchlist | Pro | IMDb Apps | Help | Login



**Dallas Buyers Club** (2013)
## Awards
Edit


ad feedback

Showing all 45 wins and 30 nominations

### Academy Awards, USA 2014

| | |
|---|---|
| **Won** Oscar | Best Performance by an Actor in a Leading Role<br>Matthew McConaughey<br><br>Best Performance by an Actor in a Supporting Role<br>Jared Leto<br><br>Best Achievement in Makeup and Hairstyling<br>Adruitha Lee<br>Robin Mathews |
| **Nominated** Oscar | Best Motion Picture of the Year<br>Robbie Brenner<br>Rachel Winter<br><br>Best Achievement in Film Editing<br>Jean-Marc Vallée<br>Martin Pensa<br><br>Best Writing, Original Screenplay<br>Craig Borten<br>Melisa Wallack |

**Dallas Buyers Club**

**Opinion**
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews
Message Board

**Explore More**

**Share** this page:
Like 37,276 people like this. Sign Up to see what your friends like.

### Golden Globes, USA 2014

| | |
|---|---|
| **Won** Golden Globe | Best Performance by an Actor in a Motion Picture - Drama<br>Matthew McConaughey<br><br>Best Performance by an Actor in a Supporting Role in a Motion Picture<br>Jared Leto |

**User Lists** Create a list »
Related lists from IMDb users

**NicoAllMeMovies**
a list of 2543 titles created 02 Dec 2011

### Screen Actors Guild Awards 2014

| | |
|---|---|
| **Won** Actor | Outstanding Performance by a Male Actor in a Leading Role<br>Matthew McConaughey<br><br>Outstanding Performance by a Male Actor in a Supporting Role<br>Jared Leto |
| **Nominated** Actor | Outstanding Performance by a Cast in a Motion Picture<br>Jennifer Garner |

**2013**
a list of 31 titles created 2 months ago

                Matthew McConaughey
                Jared Leto
                Denis O'Hare
                Dallas Roberts
                Steve Zahn

### Austin Film Critics Association 2013

| | |
|---|---|
| **Won**<br>Austin Film Critics Award | Best Supporting Actor<br>Jared Leto |
| **Nominated**<br>Austin Film Critics Award | Best Film |

### Australian Film Institute 2014

| | |
|---|---|
| **Nominated**<br>AACTA International Award | Best Actor<br>Matthew McConaughey<br><br>Best Supporting Actor<br>Jared Leto |

### Boston Society of Film Critics Awards 2013

| | |
|---|---|
| **Nominated**<br>BSFC Award | Best Supporting Actor<br>Jared Leto<br>(Ex aequo) |

### Broadcast Film Critics Association Awards 2014

| | |
|---|---|
| **Won**<br>Critics Choice Award | Best Actor<br>Matthew McConaughey<br><br>Best Supporting Actor<br>Jared Leto |
| **Nominated**<br>Critics Choice Award | Best Picture |

### Central Ohio Film Critics Association 2014

| | |
|---|---|
| **Won**<br>COFCA Award | Actor of the Year<br>Matthew McConaughey<br>For Mud and The Wolf of Wall Street |
| **2nd place**<br>COFCA Award | Best Actor<br>Matthew McConaughey<br><br>Best Supporting Actor<br>Jared Leto |

### Chicago Film Critics Association Awards 2013

| | |
|---|---|
| **Won**<br>CFCA Award | Best Supporting Actor<br>Jared Leto |
| **Nominated**<br>CFCA Award | Best Actor<br>Matthew McConaughey |

### Chlotrudis Awards 2014

| | |
|---|---|
| **Nominated**<br>Chlotrudis Award | Best Supporting Actor<br>Jared Leto |

### Costume Designers Guild Awards 2014

| | |
|---|---|
| **Nominated**<br>CDG Award | Excellence in Period Film<br>Kurt and Bart |


**The Best movies that I've seen in 2013-2014**
a list of 37 titles created
1 month ago


**The 25 best movies of 2013**
a list of 25 titles created
1 month ago


**All Time Greatest...**
a list of 21 titles created
3 weeks ago

See all related lists »

### Dallas-Fort Worth Film Critics Association Awards 2013

**Won**
DFWFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
DFWFCA Award

Best Picture

### Florida Film Critics Circle Awards 2013

**Won**
FFCC Award

Best Supporting Actor
Jared Leto

### Golden Camera, Germany 2014

**Won**
Golden Camera

Best International Actor
Matthew McConaughey

### Gotham Awards 2013

**Won**
Best Actor

Matthew McConaughey

### Hollywood Film Festival 2013

**Won**
Hollywood Breakthrough Award

Breakthrough Actor
Jared Leto

**Won**
Hollywood Film Award

Actor of the Year
Matthew McConaughey

### Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

**Won**
Hollywood Makeup Artist and Hair Stylist Guild Award

Best Period and/or Character Makeup - Feature Films
Robin Mathews

### Image Awards 2014

**Nominated**
Image Award

Outstanding Independent Motion Picture

### Independent Spirit Awards 2014

**Nominated**
Independent Spirit Award

Best Male Lead
Matthew McConaughey

Best Supporting Male
Jared Leto

### Las Vegas Film Critics Society Awards 2013

**Won**
Sierra Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**2nd place**
Sierra Award

Best Picture

### London Critics Circle Film Awards 2014

**Nominated**
ALFS Award — Supporting Actor of the Year
Jared Leto

### Los Angeles Film Critics Association Awards 2013

**Won**
LAFCA Award — Best Supporting Actor
Jared Leto
Tied with James Franco for Spring Breakers (2012).

### National Board of Review, USA 2013

**Won**
NBR Award — Top Ten Independent Films

### National Society of Film Critics Awards, USA 2014

**2nd place**
NSFC Award — Best Supporting Actor
Jared Leto

### New York Film Critics Circle Awards 2013

**Won**
NYFCC Award — Best Supporting Actor
Jared Leto

### Online Film Critics Society Awards 2014

**Nominated**
OFCS Award — Best Supporting Actor
Jared Leto

### PGA Awards 2014

**Nominated**
PGA Award — Outstanding Producer of Theatrical Motion Pictures
Robbie Brenner
Rachel Winter

### Palm Springs International Film Festival 2014

**Won**
Desert Palm Achievement Award — Matthew McConaughey

### Phoenix Film Critics Society Awards 2013

**Won**
PFCS Award —
Best Actor in a Leading Role
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

**Nominated**
PFCS Award — Best Picture

### Rome Film Fest 2013

**Won**
Associazione Italiana Autori della Fotografia Cinematografica (AIC) Award — Yves Bélanger

**Won**
Audience Award — Jean-Marc Vallée

**Won**
Best Actor — Matthew McConaughey

**Won**
Golden Butterfly — Jean-Marc Vallée

Jean-Marc Vallée

**Nominated**
Golden Marc'Aurelio Award

### San Diego Film Critics Society Awards 2013

**Won**
SDFCS Award

Best Supporting Actor
Jared Leto

**Nominated**
SDFCS Award

Best Actor
Matthew McConaughey

### San Francisco Film Critics Circle 2013

**Nominated**
SFFCC Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### San Sebastián International Film Festival 2013

**Won**
Sebastiane Award

Jean-Marc Vallée

### Santa Barbara International Film Festival 2014

**Won**
Virtuoso Award

Jared Leto

### Satellite Awards 2013

**Nominated**
Satellite Award

Best Actor in a Motion Picture
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

### Southeastern Film Critics Association Awards 2013

**Won**
SEFCA Award

Best Supporting Actor
Jared Leto

**2nd place**
SEFCA Award

Best Actor
Matthew McConaughey

**Nominated**
SEFCA Award

Best Picture

### Toronto Film Critics Association Awards 2014

**Won**
TFCA Award

Best Supporting Actor
Jared Leto

**3rd place**
TFCA Award

Best Actor
Matthew McConaughey

### Vancouver Film Critics Circle 2014

**Won**
VFCC Award

Best Supporting Actor
Jared Leto

**Nominated**
VFCC Award

Best Actor
Matthew McConaughey

### Washington DC Area Film Critics Association Awards 2013

**Won**
WAFCA Award

Best Supporting Actor
Jared Leto

| Nominated | Best Actor |
| --- | --- |
| WAFCA Award | Matthew McConaughey |

### Writers Guild of America, USA 2014

| Nominated | Best Original Screenplay |
| --- | --- |
| WGA Award (Screen) | Craig Borten (written by) |
| | Melisa Wallack (written by) |

### See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews | Message Board

### Contribute to This Page

Getting Started | Contributor Zone »

Edit page

### Recently Viewed



Manage your history

---

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An            company.

Amazon Affiliates

| Amazon Instant Video | Prime Instant Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-873-195**

Effective date of registration:

November 13, 2013

---

## Title

- **Title of Work:** Dallas Buyers Club

## Completion/Publication

- **Year of Completion:** 2013
- **Date of 1st Publication:** November 1, 2013
- **Nation of 1st Publication:** United States
- **Preregistration:** PRE000006719

## Author

- **Author:** Dallas Buyers Club, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant

- **Copyright Claimant:** Dallas Buyers Club, LLC
  2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim

- **Material excluded from this claim:** script/screenplay, preexisting music
- **Previous registration and year:** TXu 1-835-443  2012
- **New material included in claim:** all other cinematographic material

## Certification

- **Name:** Carly Seabrook
- **Date:** November 1, 2013

Page 1 of 1

Registration #: PA0001873195
Service Request #: 1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# EXHIBIT C

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 98.227.104.47 | 1/18/14 08:10:37 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 2 | 50.179.153.75 | 1/18/14 07:55:25 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Rockford |
| 3 | 71.194.199.248 | 1/18/14 06:16:42 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Schaumburg |
| 4 | 50.178.39.243 | 1/18/14 05:07:58 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 5 | 71.201.69.130 | 1/18/14 04:11:10 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 6 | 98.212.27.91 | 1/18/14 02:22:07 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Rockford |
| 7 | 98.193.91.58 | 1/18/14 01:51:51 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 8 | 73.50.8.95 | 1/17/14 10:09:15 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Berwyn |
| 9 | 98.220.127.182 | 1/17/14 10:08:25 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Aurora |
| 10 | 24.12.105.201 | 1/17/14 08:04:42 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 11 | 68.58.148.111 | 1/17/14 05:20:46 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 12 | 98.212.229.101 | 1/17/14 04:59:32 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Rockford |
| 13 | 24.13.252.11 | 1/17/14 03:09:31 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Yorkville |
| 14 | 69.246.252.228 | 1/17/14 02:10:38 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Addison |
| 15 | 75.118.182.145 | 1/17/14 07:24:09 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | WideOpenWest | Illinois | Chicago |
| 16 | 98.226.253.13 | 1/17/14 07:20:31 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 17 | 67.162.58.117 | 1/17/14 02:50:24 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Elgin |
| 18 | 71.57.22.72 | 1/17/14 02:14:35 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 19 | 98.223.130.116 | 1/17/14 01:00:52 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 20 | 76.23.65.219 | 1/16/14 11:35:11 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 21 | 98.212.231.245 | 1/16/14 10:09:13 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Rockford |
| 22 | 98.213.72.85 | 1/16/14 08:41:35 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Dixon |
| 23 | 76.29.34.182 | 1/16/14 05:03:47 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Round Lake |
| 24 | 50.165.38.7 | 1/16/14 04:27:05 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 25 | 71.201.206.176 | 1/16/14 03:12:24 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Berwyn |
| 26 | 76.29.75.101 | 1/16/14 12:43:59 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Cicero |
| 27 | 71.239.228.55 | 1/16/14 03:32:52 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Romeoville |
| 28 | 76.29.9.83 | 1/15/14 11:50:15 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Lincolnwood |
| 29 | 24.12.231.203 | 1/15/14 11:07:12 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Elgin |
| 30 | 71.228.60.9 | 1/15/14 03:21:35 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Tinley Park |
| 31 | 98.226.255.83 | 1/15/14 12:09:29 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 32 | 50.196.205.84 | 1/14/14 10:28:31 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 33 | 24.12.231.21 | 1/14/14 04:48:36 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Elgin |
| 34 | 50.151.42.47 | 1/14/14 05:00:46 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 35 | 50.158.77.141 | 1/14/14 04:31:09 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 36 | 67.175.35.250 | 1/14/14 01:37:34 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | La Grange |
| 37 | 76.16.52.153 | 1/14/14 01:19:52 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Aurora |