# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 14-cv-2169 |
| JOHN DOES 1-37, ) | **FILED** |
| ,*pro se* ) | JUN X 6 2014 |
| Defendants, ) | THOMAS G. BRUTON |
| _____ ) | CLERK, U.S. DISTRICT COURT |

## MOTION FOR PROTECTIVE ORDER

I am representing myself Pro Se in this matter before the Court. I understand that Pro Se litigants are required to follow the same rules and procedures as litigants represented by attorneys as seen in Nielson v. Price, 17 F.3d 1276, 1277 (10th Cir. 1994). I will abide by these rules and procedures, but ask the courts indulgence as I'm not a lawyer. This motion is pursuant to Rule 37, F. R. Civ. Pr., and is for a protective order to be issued in the above styled case, and files this motion not to make an appearance, as one is not issued, but to contest personal jurisdiction, and is made by John Doe No. 19 (76.23.65.219) who states that:

1. John Doe No. 19 (76.23.65.219) has complied with Rule 37 (1) in that he has conferred with the party failing to make disclosure or discovery, namely his internet service provider, who provided notice of the underlying action and expressed the opportunity to file a motion to quash a subpoena.
2. Notice is not required to all parties under the rule.
3. This is filed in the court where the discovery is to be taken on a non-party pursuant to Rule 37(2).

4. The purpose of the various filings by John Doe No. 19 (76.23.65.219) is to protect his identity from being disclosed to the Plaintiff and automatically subjecting him to jurisdiction of this court.
5. The authority of this motion is based on principles higher than statutory authority, that of personal jurisdiction guaranteed by the constitution. See, International Shoe Co. v. Washington 326 U.S. 310 (1945).

WHEREFORE, John Doe No. 19 (76.23.65.219) would respectfully request an order protecting his identity substantially in the form of "John Doe No. 19 (76.23.65.219) (identity protected) has filed motion for protective order in this case, and all filings shall be redacted to eliminate personal information when electronically docketed."

Dated: June 5th, 2014

Respectfully submitted,

X_____,

John Doe No. 19 (76.23.65.219)

Pro se

## Certificate of Service

I hereby certify that on 6/5/2014, I served a copy of the foregoing document, via US Mail, on:

Michael A. Hierl

Hughes Socol Piers Resnick & Dym, Ltd.,

70 West Madison Street,

Suite 4000,

Chicago, IL 60602

mhierl@hsplegal.com

Telephone: (312) 604-0067

And via Us Mail, on Comcast Cable Communications, LLC:

NE&TO

650 Centerton Road

Moorestown, NJ 08057

Telephone: 866-947-8572

Fax: 866-947-5587

Dated: June 5th, 2014

                                            Respectfully submitted,

                                            X_____,

                                            John Doe No. 19 (76.23.65.219)

                                            Pro se