# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC

                           Plaintiff,

v.                                            Case No.: 1:14–cv–02169
                                                Honorable James B. Zagel

Does 1–37, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2014:

      MINUTE entry before the Honorable James B. Zagel: Pursuant to Plaintiff's Notice of Voluntary Dismissal [22], Doe Defendant No. 19 is dismissed with prejudice with each party bearing its own attorney's fess and costs. Both Defendant's Motion to Quash and Motion for Protective Order are terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.